# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Wilbert Willesley Gayle a/k/a Oral Wellesley Grigg a/k/a Steve D. James ) | Case No: 4:03CR281TLW |
| ) | USM No: 99997-071 |
| Date of Previous Judgment: November 1, 2012 ) | William F. Nettles, IV, Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred seventy (170) months **is reduced to** one hundred forty-six (146) months.  This term consists of one hundred forty-six (146) months as to Count 1 and one hundred twenty months as to Count 4, with such terms to run concurrently.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the judgment filed    11/1/2012    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  September 20, 2013                             s/ Terry L. Wooten
                                                                                           *Judge's signature*

Effective Date:  _____                   Terry L. Wooten, Chief United States District Court
       *(if different from order)*                                           *Printed name and title*